IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONYALE BUNTON, | ( |
| Plaintiff | ( |
| vs | ( CIVIL ACTION # |
| PANERA , LLC | ( 1:16-CV-01341 |
| Defendant. | ( |

## VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, DONYALE BUNTON, Plaintiff, in the above-styled case, does hereby and moves this court to dismiss with prejudice the above styled action.

This 18th day of April, 2017.

Respectfully submitted,

___/s/___ Nathan J. Wade
Nathan J. Wade
Attorney for Plaintiff
Georgia Bar No. 390947

*The Wade and Bradley Firm*
2000 Powers Ferry Road
Suite 110
Marietta, GA 30067
(770) 303-0700
(770) 303-0707 *Fax*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONYALE BUNTON,<br><br>  Plaintiff<br><br>vs<br>PANERA , LLC<br><br>  Defendant. | CIVIL ACTION #<br>1:16-CV-01341 |

## CERTIFICATE OF SERVICE

This will certify that I have this day served upon opposing counsel a true and correct copy of the foregoing: **Voluntary Dismissal With Prejudice**, by depositing in the U.S. Mail in a properly addressed envelope with the adequate postage thereon upon the following:

Ronald R. Coleman, Esq.

610 Bridgewater Drive

Sandy Springs, Georgia 30328

This 18th day of April, 2017.

THE WADE & BRADLEY FIRM

_____/s/____Nathan J. Wade_____

Nathan J. Wade
Attorney for Plaintiff
Georgia Bar No. 9390947

2000 Powers Ferry Rd.
Suite 110
Marietta, GA 30067
*(770) 303-0700 Phone/(770) 303-0707 fax*